UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 09-60030-CIV-GRAHAM/TORRES

BENJAMIN GONZALEZ, JR.,

    Plaintiff,

vs.

FRANKLIN COLLECTION SERVICE, INC.,

    Defendant,
_____/

**CLOSED CIVIL CASE**

### ORDER

**THIS CAUSE** comes before the Court upon Joint Stipulation of Dismissal with Prejudice [D.E. 21].

**THE COURT** has considered the Stipulation, the pertinent portions of the record, and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** for administrative purposes and all pending motions are **DENIED**, as moot.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 24th day of July, 2009.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record